### 7

Luis GONZALES v. STATE. (No. 10526.) (Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from Criminal District Court,

Nueces County; A. W. Cunningham, Judge. B. D. Tarlton, of Corpus Christi, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The unlawful possession of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for a period of 18 months. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.